IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH RAY ODEN**  **PETITIONER**
**ADC# 89769**

VS.            NO. 5:09-CV-00102-JLH-BD

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**         **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner Kenneth Ray Oden's petition for writ of habeas corpus (#2) is DISMISSED with prejudice.

IT IS SO ORDERED this 6th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE