# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KENNETH RAY ODEN**                                                               **PETITIONER**
**ADC# 89769**

**VS.**                 **NO. 5:09-CV-00102-JLH-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                            **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 6th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE